UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TANYA BROWN,                                                           :
:
Plaintiff,              :
:                    25-CV-7289 (JMF)
-v-                         :
:                    ORDER
WOMEN IN NEED, INC. et al,                                             :
:
Defendants.            :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 4, 2025 Order, ECF No. 3, the parties were required to file a joint letter, the contents of which are described therein, and a proposed Case Management Plan ("CMP") no later than Thursday of the week prior to the initial conference.  To date, the parties have not filed their joint letter and proposed CMP — despite reminders by the Court, ECF No. 6, and Court staff.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 9, 2025, at noon**.  The parties are cautioned: Failure to file the joint letter and proposed CMP by that deadline — and to comply with the Court's Orders going forward — **may result in sanctions and/or the case being dismissed for failure to prosecute or as abandoned.**

SO ORDERED.

Dated:  December 8, 2025                         _____
New York, New York                              JESSE M. FURMAN
United States District Judge