

April 16, 2026

VIA ECF

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

To accommodate the parties' settlement efforts, the Court hereby EXTENDS the existing discovery schedule by 60 days. Accordingly, fact discovery shall close on **June 29, 2026**. The parties shall file a joint letter **no later than June 11, 2026** updating the Court on the status of settlement and proposing next steps in the absence of settlement. Additionally, the pretrial conference scheduled for May 5, 2026 is hereby RESCHEDULED for **July 2, 2026 at 3:00 p.m.** The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

April 17, 2026

**RE: BROWN V. WOMEN IN NEED, INC. ET AL. (1:25-CV-07289-JMF) — LETTER-MOTION TO STAY DISCOVERY PENDING MEDIATION**

Dear Judge Furman:

We represent Plaintiff Tanya Brown in this action. Pursuant to the Court's Individual Rules and Practices and the Court's scheduling order, the parties jointly respectfully request an order staying discovery pending completion of the mediation currently scheduled for June 9, 2026.

The parties have acted diligently in coordinating with the Court-appointed mediator, and June 9, 2026 represents the earliest available date for mediation.

The jointly requested stay would conserve the parties' resources, avoid unnecessary motion practice and depositions before the mediation, and promote the prospect of settlement. The parties will submit a joint status letter promptly after the June 9 mediation to advise the Court of the result.

Accordingly, the parties respectfully request that all discovery be stayed pending the completion of mediation, and that the parties be directed to file a joint status letter within five (5) days after the mediation reporting whether the matter has resolved and, if not, proposing a revised discovery schedule.

Respectfully submitted,

/s/ Jerome Mitchell

Attorneys for Plaintiff Tanya Brown